USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/13

BEYS STEIN MOBARGHA & BERLAND LLP

Nader Mobargha
646.755.3607 (Direct)
nmobargha@beysstein.com

August 19, 2012

**BY EMAIL**

The Honorable Lorna G. Schofield
The United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re: <u>Estate of Ernest Gottdiener et al. v. Felix Sater et al.</u>, 13 Civ. 1824

Dear Judge Schofield:

We represent Defendants Felix Sater and Salvatore Lauria in the above-referenced action. We write, on consent of Plaintiffs, to request the Court to slightly alter the timetable for Defendants' motion to dismiss Plaintiffs' First Amended Complaint, dated July 30, 2013. The reason for our request is that my assistant and paralegal suffered a tragic loss of a loved one this past weekend, and my firm will be shorthanded and preoccupied with funeral arrangements and obligations.

The parties have therefore agreed to the following slightly amended timetable: (i) Defendants will serve their motion to dismiss on Plaintiffs on August 27, 2013; (ii) Plaintiffs will serve their opposition to our motion to dismiss on September 17, 2013 (due to the Jewish holidays in early September); and (iii) Defendants will serve their reply to Plaintiffs' opposition on September 24, 2013.

We thank you in advance of your consideration of this request.

Respectfully submitted,

Nader Mobargha
*Counsel to Defendants*

Cc: Frederick M. Oberlander

Richard E. Lerner

*Counsel to Plaintiffs*

Application granted. The briefing schedule is revised as follows.
1) Defendants' motion to dismiss shall be filed and served no later than **August 27, 2013**.
2) Plaintiffs' opposition to the motion shall be filed and served no later than **September 17, 2013**.
3) Defendants' reply shall be filed and served no later than **September 24, 2013**.

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE
Dated: 08/20/2013

The Chrysler Building, 405 Lexington Avenue, 7
Main: 646.755.3600 • Fax: 64
www.beysstein.com