UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ESTATE OF ERNEST GOTTDIENER, :
ESTATE OF JUDIT GOTTDIENER :
ERVIN TAUSKY, and SUAN INVESTMENTS :
 :
 :
Plaintiffs, :
 :         13 Civ. 1824 (LGS)
-against- :
 :         ECF CASE
 :
 :
FELIX SATER and SALVATORE LAURIA :
 :
 :
Defendants. :
 :
------------------------------------------------------------x

## NOTICE OF DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support of Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), dated August 27, 2013, Defendants Felix Sater and Salvatore Lauria move this Court, before the Honorable Lorna G. Schofield, U.S. Courthouse, 40 Foley Square, New York, New York, 10007-1312, at a date and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6), granting Defendants' motion to dismiss Plaintiffs' First Amended Complaint with prejudice.

Dated: New York, New York
August 27, 2013

        Beys, Stein, Mobargha & Berland LLP

By: _____
      Nader Mobargha, Esq. (NM7162)
      The Chrysler Building
      405 Lexington Avenue, 7th Floor
      New York, New York 10174
      Telephone: (646) 755-3603
      Facsimile: (646) 755-3599
      Email: nmobargha@beysstein.com
      *Attorneys for Defendants*