UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTATE OF ERNEST GOTTDIENER, ESTATE OF JUDIT GOTTDIENER, ERVIN TAUSKY, AND SUAN INVESTMENTS

        Plaintiffs,

v.

FELIX SATER AND SALVATORE LAURIA;

        Defendants

13 Civ. 1824 (LGS)

**AFFIDAVIT OF SERVICE**

---

    I, Nader Mobargha, declare under penalty of perjury that I am a partner at Beys Stein Mobargha & Berland LLP, am over 18 years old, and am not party to the above-reference action, and that on August 28, 2013, at 3:20 a.m., I served a copy of (i) Defendant Felix Sater and Salvatore Lauria's Notice of Motion; and (ii) Defendants Felix Sater and Salvatore Lauria's Memorandum of Law In Support of Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) by email on counsel to Plaintiffs at the following email addresses: fred55@aol.com, richardlerner@msn.com.

Dated: New York, New York
       August 29, 2013

                                        Nader Mobargha, Esq.
                                        *Counsel to Plaintiffs*