# LAW OFFICE OF FREDERICK M. OBERLANDER P.C.

**FREDERICK M. OBERLANDER**  28 SYCAMORE LANE (PO BOX 1870)
ATTORNEY-AT-LAW  MONTAUK, NEW YORK 11954
 TELEPHONE 212.826.0357
Fred55@aol.com  FAX 212.202.7624

September 20, 2013

Hon. Lorna G. Schofield  *Gottdiener v. Sater* 13-CV-1824
United States District Court, SDNY
New York, New York 10007

**PLAINTIFFS REQUEST ORAL ARGUMENT
ON DEFENDANTS' MOTION TO DISMISS**

**REQUESTING ARGUMENT CONSOLIDATED
WITH UPCOMING CONFERENCE**

Dear Judge Schofield:

Plaintiffs respectfully request oral argument be held on Defendants' Motion to Dismiss, ECF 18. Plaintiffs respectfully further request that the Court schedule such argument to coincide with the conference scheduled for October 1, 2013, if convenient for the Court and if it does not result in undue delay if that date is pushed back a bit.

Separately, we noticed this morning that the PDF file of our Reply in Opposition to that motion, ECF 24, which we uploaded yesterday, is missing the Table of Authorities. We have corrected that and uploaded a new version, which in all other respects is absolutely identical even as to the one or two typos, all left intact as originally uploaded yesterday.

Respectfully submitted,

/s/ Frederick M. Oberlander  /s/ Richard Lerner
Counsel for Plaintiffs  Co-Counsel