USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/13

**BEYS, STEIN & MOBARGHA LLP**

Nader Mobargha
646.755.3603 (Direct)
nmobargha@beysstein.com

September 24, 2013

**BY EMAIL**

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:   Estate of Ernest Gottdiener et al. v. Felix Sater et al., 13 Civ. 1824

Dear Judge Schofield:

We represent Defendants Felix Sater and Salvatore Lauria in the above-referenced action. We write, on consent of Plaintiffs, to request the Court to extend the deadline for Defendants to file and serve reply their Reply Memorandum in Support of their Motion to Dismiss (the "Reply") until Monday, September 30, 2013. Our request for an extension is based on the additional few days that Plaintiffs took to serve and file their opposition to our motion to dismiss.

We thank you in advance of your consideration of this request.

Respectfully submitted,

Nader Mobargha
Counsel to Defendants

Cc:   Frederick M. Oberlander

Richard E. Lerner

*Counsel to Plaintiffs*

Application granted in part. Defendants shall file any reply no later than **September 27, 2013**. Counsel for Defendants are reminded to review and comply with Individual Rules I.B.1 and I.B.2 in all future communications with Chambers.

Dated: September 25, 2013
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

The Chrysler Building, 405 Lexington Avenue, 7th Floor, N(
Main: 646.755.3600 • Fax: 646.755.3599
www.beysstein.com