```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/15/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ESTATE OF ERNEST GOTTDIENER, *et al.*,                        :
                                            Plaintiffs,       :
                                                              :   13 Civ. 01824 (LGS)
            -against-                                         :
                                                              :          ORDER
FELIX SATER and SALVATORE LAURIA,                             :
                                            Defendants.       :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the conference currently set for November 18, 2013, is adjourned to **December 18, 2013**, at 10:45 a.m.

SO ORDERED.

Dated: November 15, 2013
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE