**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ESTATE OF ROBERT GOTTDIENER, et al.,

                Plaintiff,                    13 **CIVIL** 01824 (LGS)

     -against-                                   **JUDGMENT**

FELIX SATER, et al.,

                Defendants.

-----------------------------------------------------------X

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/21/2014*

The case is now before this Court on Defendants' motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) filed on August 29, 2013, and the matter having come before the Honorable Lorna G. Schofield, United States District Judge, and the Court, on March 19, 2014, having rendered its Opinion and Order granting Defendants' Motion to Dismiss in its entirety, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 19, 2014, Defendants' Motion to Dismiss is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
          March 21, 2014

                                                      **RUBY J. KRAJICK**
                                                      Clerk of Court

                                    BY: _____
                                                        Deputy Clerk

                                              **THIS DOCUMENT WAS ENTERED
                                              ON THE DOCKET ON _____**